UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A.M. STREET,<br><br>  Plaintiff,<br><br>  v.<br><br>STANTON CORRECTIONAL FACILITY SOLANO COUNTY,<br><br>  Defendant. | No. 2:23-cv-02747-DB<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

By order filed April 26, 2024, plaintiff was directed to submit a motion to proceed IFP or pay the required fees in thirty days. Thirty days from that date have now passed, and plaintiff has not filed a motion to proceed IFP, or otherwise responded to the court's order.

IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.

1

1   Such a document should be captioned "Objections to Magistrate Judge's Findings and
2   Recommendations."  Plaintiff is advised that failure to file objections within the specified time
3   may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
4   Cir. 1991).

Dated:  May 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/stree.2747.fta